2:22-cv-01234-CDS-NJK

Receipt of Initiating Documents.

```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
            COUNSEL/PARTIES OF RECORD

        AUG 0 1 2022

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

Note:

No Application to Proceed I.F.P. or Filing Fee received.